————o————

STATE OF MISSOURI, Respondent, *vs.* PETER MEYER, Appellant.

1. *Indictment—Venue, failure of evidence to show.*—When the evidence adduced at the trial does not show in what county the offense charged in an indictment was committed, judgment for the State will be reversed and the cause remanded.

*Appeal from Barton County Circuit Court.*

*Wm. H. Phelps*, for Appellant.

*J. A. Hockaday, Att'y Gen'l*, for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

The defendant was indicted under § 1, (Wagn. Stat. 247,) for carrying on the business of a dealer in exchange, etc., without license therefor, and on trial had, he was convicted.

For the reason that the evidence adduced at the trial does not show in what county the alleged offense was committed, the judgment must be reversed and the cause remanded.

All the other judges concur.